PROB. 35  
(Rev. 7/04)

Report and Order Terminating Probation/Supervised Release Prior to Original Expiration Date

FILED

UNITED STATES DISTRICT COURT  
DISTRICT OF NEBRASKA

07 JUN 22 AM 10: 12

OFFICE OF THE CLERK

UNITED STATES OF AMERICA

v.   Docket # 8:03CR286-3

Melissa L. Wright

On February 19, 2004, Melissa L. Wright was sentenced to 46 months custody, to be followed by 3 years of supervised release. The period of supervised release commenced December 2, 2005. Ms. Wright has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that Melissa L. Wright be discharged from supervision.

Respectfully submitted,

Mary Lee Ranheim, Supervising  
U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this 22nd day of June, 2007.

The Honorable Lyle E. Strom  
United States Senior District Judge